AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
Dorian SAGASTUME-Ulloa

*Defendant(s)*

Case No. 2:26-mj-570

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 27, 2026 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 USC § 1326(b)(1) | Illegal re-entry by a removed alien |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

JULIE M YARMAN Digitally signed by JULIE M YARMAN Date: 2026.08.27 16:40:08 -04'00'

*Complainant's signature*

Julie Yarman Deporation Officer

*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2026

City and state: Columbus, OH

Kimberly A. Jolson
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT OF:** | ) | |
| | ) | **Case No.** 2:26-mj-570 |
| **SAGASTUME-Ulloa, Dorian** | ) | |

**AFFIDAVIT OF JULIE M. YARMAN IN**
**SUPPORT OF CRIMINAL COMPLAINT**

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Julie M. Yarman, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than eleven (11) years of experience as an Immigration Agent with the United States Immigration and Customs Enforcement (ICE) and Border Patrol Agent with the U.S. Border Patrol. I am assigned to the Columbus, Ohio Office of Enforcement and Removals-Field Operations. I have investigated both criminal and administrative matters involving aliens in the United States. I have a bachelor's degree in criminal justice from the University of Illinois at Chicago. I have successfully completed the U.S. Border Patrol Agent Academy at the Federal Law Enforcement Training Center (FLETC) at Artesia, NM.

2. During the course of investigating Dorian SAGASTUME-Ulloa, I have learned the following facts:

3. Dorian SAGASTUME-Ulloa is a citizen of Honduras with no legal status in the United States.

4. On or about July 26, 2005, SAGASTUME-Ulloa was arrested by United States Border Patrol Agents at or near Artesia Wells, TX. SAGASTUME-Ulloa was charged administratively as an inadmissible alien under Section 212(a)(7)(A)(i) of the Immigration and Nationality Act. SAGASTUME-Ulloa was issued Alien Registration number A200 002 375. During this encounter with Border Patrol, SAGASTUME-Ulloa admitted to being part of MS-13 five years prior. On or about July 26, 2005, SAGASTUME-Ulloa was ordered removed from the United States as an Expedited Removal by a Border Patrol Agent under 212(a)(7)(A)(i)(I) of the INA. On or about August 19, 2005, ICE/ERO deported SAGASTUME-Ulloa to Honduras through the Brownsville, TX.

5. On or about April 15, 2007, SAGASTUME-Ulloa was arrested by the Missouri Highway Patrol on eastbound Interstate 70 at Range Line Road in Columbia, MO. SAGASTUME-Ulloa was apprehended as one of thirteen individuals who were part of a human smuggling

load. On or about April 16, 2007, the Missouri Highway Patrol turned SAGASTUME-Ulloa over to ICE. ICE processed SAGASTUME-Ulloa under 212(a)(6)(A)(i) and 212(a)(7)(i)(I) of the INA. On or about May 10, 2007 ICE/ERO deported SAGASTUME-Ulloa to Honduras through Houston, TX.

6. On or about July 9, 2012, SAGASTUME-Ulloa was arrested by the Franklin County Sheriff's Office for driving under the influence of alcohol and or drugs. On July 9, 2012, ICE placed a detainer on SAGASTUME-Ulloa. On July 20, 2012, the Franklin County Municipal Court found SAGASTUME-Ulloa guilty of OVI and sentenced him to 180 days incarceration, with 168 days suspended and 1 year probation. On July 23, 2012, Columbus CAP officers picked up SAGASTUME-Ulloa from the Franklin County Jail from the detainer that was placed. Columbus CAP officers processed SAGASTUME-Ulloa under 212(a)(9) of the INA as a reinstatement of the prior removal order. On or about 08/08/2012, ICE/ERO deported SAGASTUME-Ulloa to Honduras through New Orleans, LA.

7. On or about September 4, 2012, SAGASTUME-Ulloa was arrested by Border Patrol Agents near Falfurrias, TX. SAGASTUME-Ulloa was processed for reinstatement of the prior removal order under 212(a)(9)(ii) of the INA. On or about 09/28/2012, ICE deported SAGASTUME-Ulloa to Honduras through New Orleans, LA.

8. On or about November 25, 2012, SAGASTUME-Ulloa was arrested by the Franklin County Sheriff's Office for felony drug possession, OVI, driving under suspension, no operators license, and traffic offenses. On December 4, 2012, Columbus ICE officers placed a detainer on SAGASTUME-Ulloa with the Franklin County Jail. On December 5, 2012, the Franklin County Municipal Court convicted SAGASTUME-Ulloa of OVI and sentenced him to 180 days incarceration with 150 days suspended and two years probation. On December 26, 2012, Columbus CAP officers picked up SAGASTUME-Ulloa from the Franklin County jail from the detainer that was placed and processed him as a reinstatement of the prior deportation order under 212(a)(9)(C)(i)(II) of the INA. On or about February 1, 2013, ICE/ERO deported SAGASTUME-Ulloa to Honduras through New Orleans, LA.

9. On or about March 30, 2013, SAGASTUME-Ulloa was arrested by Border Patrol Agents near Hidalgo, TX. SAGASTUME-Ulloa was processed for reinstatement of the prior removal order under 212(a)(9)(ii) of the INA. On or about 07/09/2013 an asylum officer interviewed SAGASTUME-Ulloa for reasonable fear. On 08/06/2013, Houston asylum officers found no fear. SAGASTUME-Ulloa requested an immigration judge review of his no fear decision. On August 9, 2013, the immigration judge concurred with a lack of fear found for SAGASTUME-Ulloa. On or about 09/05/2013, ICE deported SAGASTUME-Ulloa to Honduras through Phoenix, AZ.

10. On or about May 16, 2014, SAGASTUME-Ulloa was arrested by the Columbus, OH Fugitive Operations Team when he was seen leaving his residence. Officers arrested SAGASTUME-Ulloa without incident. Officers processed SAGASTUME-Ulloa as a reinstatement of the prior deportation order under 212(a)(9)(C)(i) of the INA and 8 USC 1326. On or about September 17, 2014 SAGASTUME-Ulloa was sentenced to 100 days incarceration, with time served for his 8 USC 1326 charge. On or about January 8, 2015, ICE/ERO deported SAGASTUME-Ulloa to Honduras through New Orleans, LA.

11. On or about June 18, 2026, the Columbus Fugitive Operations Team targeted SAGASTUME-Ulloa for arrest outside his address. Officers attempted to conduct a vehicle stop but SAGASTUME-Ulloa failed to yield and evaded arrest in his vehicle just outside of his residence at 1358 Bay Club Cir. Columbus, OH. 43228.

12. Biometric and records checks confirmed that SAGASTUME-Ulloa did not receive permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security for this re-entry into the United States.

I submit that the foregoing facts establish probable cause that SAGASTUME-Ulloa has committed a violation of 8 U.S.C. § 1326(b)(1), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the United States; and (3) did not have consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States prior to either his re-embarkation at a place outside the United States or his application for admission from a foreign contiguous territory and whose (4) removals was subsequent to the commission of one or more felonies.

JULIE M YARMAN

Digitally signed by JULIE M YARMAN
Date: 2026.08.27 16:16:13 -04'00'

Julie M. Yarman
Deportation Officer-ICE/ERO

Sworn before me and subscribed in my presence on this 28th day of August 2026.

Kimberly A. Jolson
United States Magistrate Judge